AO 91 (Rev. 5/95) Criminal Complaint

_____

# UNITED STATES DISTRICT COURT

_____SOUTHERN DISTRICT OF TEXAS_____
BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

**V**                                              **CRIMINAL COMPLAINT**

**VALDIVIEZ GONZALEZ, Azael Rodolfo**              CASE NUMBER: 1:19-**PO 010**
A094 024 653

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  03/05/2019  in Cameron County, in the SOUTHERN District of TEXAS defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented a United States Birth Certificate and declared to be a citizen of the United States,

in violation of Title   8   United States Code, Section(s)   1325 (a)(3)  .

I further state that I am a (n) Customs and Border Protection Officer and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Gateway International Bridge in Brownsville, Texas. The defendant presented a United States Birth Certificate from the state of Texas bearing the name of Osbert Gamaliel Munguia and further claimed to be said person to a U.S. Customs and Border Protection Officer. In Customs and Border Protection secondary, it was determined the defendant is not the rightful owner of the document presented. Furthermore it was determined the defendant is a citizen and national of Mexico with no legal status to enter or be in the United States.

Defendant had $0 monies.

**Continued on the attached sheet and made a part hereof:**   ___Yes   **X No**

/s/
_____
**Rebecca Longoria CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

**March 6, 2019**                                  at          **BROWNSVILLE, TEXAS**
Date                                                          City and State

**RONALD G. MORGAN, U.S. MAGISTRATE JUDGE**        _____
Name & Title of Judicial Officer                   Signature of Judicial Officer